```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

CHARLES F. MURRAY,              :
                                         Civil Action No. 09-3183 (JEI)
          Petitioner,       :

          v.                :   **ORDER**

J. GRONDOLSKY, et al.,          :

          Respondents.      :   **CLOSED**


     For the reasons set forth in the Opinion filed herewith,
IT IS on this __10th__ day of _____July_____, 2009,

     ORDERED that Petitioner is granted leave to proceed <u>in forma pauperis</u>; and it is further

     ORDERED that the Petition is DISMISSED WITH PREJUDICE for failure to exhaust administrative remedies; and it is further

     ORDERED that, in the alternative, the Petition is DENIED; and it is further

     ORDERED that the Clerk of the Court shall close the Court's file in this matter.


                                          ___s/ Joseph E. Irenas___
                                          Joseph E. Irenas
                                          United States District Judge